UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 10−80523
Chapter 7

Carlos Chartay Baggage and Tamika Yvonne Baggage

Debtors

## NOTICE OF DEFICIENCY

Notice is hereby given to the Debtor(s) that the above referenced petition is deficient for one or more of the following reasons:

- [x] **Fees:**
  New case fees to be paid in installments must be accompanied with an application to pay in installments (see below). All other fees are due at time of filing. This case is subject to immediate dismissal if these conditions are not met within 72 hours of petition filing. [ LBR 1006−1 ]
  - [ ] $299 CH. 7 Filing Fee
  - [x] $26 Amendment Fee
  - [ ] $25 Convert to Ch. 7
  - [ ] $150 Mot: Relief From Stay
  - [ ] $255 Appeal
  - [ ] $755 Convert Ch 7 to 11

  Other Fee:

- [ ] **Application to Pay Filing Fees in Installments:** (Official Form 3)
  The debtor must be an individual and submit a signed application with the petition for court approval. [ Fed.R.Bankr.P. 1006(b) ]

- [ ] **Certifications:**
  Must be submitted within 14 days of petition filing. [ 11 U.S.C. §521(a)(1) and §521(b) and Fed.R.Bankr.P. 1007(b) & (c) ]
  - [ ] Exhibit B not signed (must be signed by attorney, if debtor represented by attorney) − (Page 2 of petition)
  - [ ] Non−Attorney Petition Preparer information incomplete − (Page 3 of petition)
  - [ ] Notice to Debtor by Non−Attorney Bankruptcy Petition Preparer − (Official Form 19B)
  - [ ] Individual Debtor's signature that they have obtained and read the notice required by §342

- [ ] **Statement of Monthly Income:**
  Form B−22A for CH. 7 Individual Debtors [ 11 U.S.C. §521(a)(1)(B)(v) and Fed.R.Bankr.P. 1007(a) ]

- [ ] **Payment Advices:**
  Copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition by the debtor from any employer of the debtor.
  [ 11 U.S.C. §521(a)(1)(B)(iv) ]

- [ ] **Application Requesting Waiver of the Chapter 7 Filing Fee** (Official Form 3B)
  (For individuals who cannot pay the filing fee in full or in installments) A voluntary petition filed by an individual shall be accepted for filing if accompanied by the debtor's application requesting a waiver under §28 U.S.C §1930(f) and Fed.R.Bankr.P. 1006(c). Case is subject to **immediate** dismissal if not submitted within 72 hours of petition filing when applicable.

- [ ] **Names and Addresses of All Creditors of the Debtor:**
  Case is subject to **immediate** dismissal if not submitted within 72 hours of petition filing.

- [ ] **Schedules A − J:** (Official Form 6)
  Must be submitted within 14 days of the petition filing. Schedules I and J must be used if the debtor is an individual.
  [ 11 U.S.C. §521(a)(1) and Fed.R.Bankr.P. 1007(b) & (c) ]
  - [ ] Schedule A
  - [ ] Schedule D
  - [ ] Schedule G
  - [ ] Summary of Schedules
  - [ ] Schedule B
  - [ ] Schedule E
  - [ ] Schedule H
  - [ ] Declaration Concerning Debtor's Schedules
  - [ ] Schedule C
  - [ ] Schedule F
  - [ ] Schedule I
  - [ ] Statistical Summary of Certain Liabilities and Related Data
  - [ ] Schedule J

- [ ] **Statement of Financial Affairs:** (Official Form 7)
  Must be submitted within 14 days of the petition filing. [ Fed.R.Bankr.P. 1007(b) & (c) ]

- [ ] **Declaration Re: Electronic Filing of Petition, Schedules, and Statements** (ALMB Form 5005−5C)
  Must be submitted within 14 days of the petition filing and signed by debtor(s) and attorney for debtor(s).

- [ ] **Statement Disclosing Compensation Paid or to Be Paid to the Attorney for the Debtor:**
  Must be submitted within 14 days of petition filing or any other date set by the court. [ 11 U.S.C. §329 and Fed.R.Bankr.P. 2016(b) ]

- [ ] **Statement of Intention Regarding Secured Property** (Official Form 8)
  Required ONLY if debtor is an individual and the schedule of assets and liabilities contains consumer debts secured by property of the estate. Must be submitted within 30 days of filing of the petition or by the date set for the Section 341 meeting of creditors, whichever is earlier. [ 11 U.S.C. §521(a)(2)(A) ]

- [ ] **Statement Disclosing Compensation Paid or to Be Paid to a "Bankruptcy Petition Preparer":**
  Must be submitted within 10 days of the petition filing. [ 11 U.S.C. §110 ]

- [ ] **Other:**
  - [ ] Signature missing on Declaration
  - [ ] Attorney address missing
  - [ ] Missing sttmt of SSN
  - [ ] Not plain or legible
  - [ ] Debtor address missing/incomplete
  - [ ] Attorney phone no. missing
  - [ ] Insufficient no. copies
  - [ ] Change of venue

Notes:

# CERTIFICATE OF NOTICE

```
District/off: 1127-3          User: cmoore           Page 1 of 1              Date Rcvd: May 26, 2010
Case: 10-80523                Form ID: ndefic        Total Noticed: 1

The following entities were noticed by first class mail on May 28, 2010.
db/jdb      +Carlos Chartay Baggage,   Tamika Yvonne Baggage,   71 Sanders Road,   Phenix City, AL 36869-2923
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 28, 2010**          Signature:   *Joseph Speetjens*