Motion Prepared and submitted by the following unrepresented debtors

Name: Carlos Chartay Baggage and Tamika Yvonne Baggage
Address: 71 Sanders Road
Phenix City, AL 3689

FILED
JUN 1 4 2010
U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

Phone No: 334-297-5526

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA (OPELIKA)
)

IN RE:                                X

CARLOS CHARTAY BAGGAGE                X     Case No. 10-80523
TAMIKA YVONNE BAGGAGE

DEBTORS                               X     Chapter 7

Motion to Vacate Court's Order of Dismissal

The Debtors, hereby move the Court for An Order to Vacate the Court's Order of Dismissal entered on June 3, 2010 for the following reasons:

1. Debtors have submitted to the Court the $26.00 filing fee associated with an amendment which was the basis of the dismissal.

2. Debtor requests that the Court Vacate its Order of Dismissal and Reinstate their case.

Dated this 9th day of June, 2010.        Signed: _____
                                                  Carlos Chartay Baggage

                                                  _____
                                                  Tamika Yvonne Baggage

## Certificate of Service

     I, certify that on this ___ day of June, 2010, I mailed a copy of the foregoing Motion to the following parties:

*Bankruptcy Admin.*
**Bankruptcy Administrator**
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

*Trustee*
**Cecil M. Tipton, Jr.**
Ray & Tipton
606 Avenue A
Opelika, AL 36801

                                                                   /s/ Carlos Chartay Baggage
                                                                   Carlos Chartay Baggage