**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re
Case No. 10−80523
Chapter 7

Carlos Chartay Baggage and Tamika Yvonne Baggage

     Debtors

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on June 23, 2010 at 09:00 AM

to consider and act upon the following:

*27* – Motion to Vacate Court's Order of Dismissal Filed by Carlos Chartay Baggage, Tamika Yvonne Baggage (RE: related document(s)[24] Order Of Dismissal). (CBM)

---

Each party desiring to be heard MUST CALL conferencing services at least 5 minutes prior to the commencement of court.

PHONE: **1−800−377−4872**
CHAIRPERSON: Janice Vance

You will be asked to provide the name of the chairperson and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

       – Do not place the phone on hold during the call as many companies utilize background music
       – Do not conduct work such as paper shuffling or keyboard typing with an open line
       – Do not address the court until called upon
       – Maintain telephone silence while waiting and refrain from making unnecessary noise
       – Mute telephone as applicable
       – Follow conference coordinator instructions as provided

Your case will be called as soon as possible.

   Dated: June 15, 2010

*Juan−Carl Guerro*

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court